AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

NORTHERN District of OKLAHOMA

TERRY HOLMES,

V.

DWAYNE SINCLAIR, Principal; GAYLE
HAJNY, Superintendent; BRIAN SPARKS,
Former Football Coach; and the
BOARD OF EDUCATION OF CANTON PUBLIC
SCHOOLS, Independent School District
No. I-105, Blaine County, Oklahoma.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 04CV-818K-(M)

FILED MAR -9 2005
Phil Lombardi
U.S. District Clerk

TO: (Name and address of Defendant)

Board of Education of CAnton Public Schools,
Independent School District No. I-105,
Blaine County, Oklahoma
300 E. Main St.
Canton, Oklahoma 73724

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Stephen Jones
JONES, OTJEN, DAVIS & GUNGOLL
114 East Broadway, Suite 1100
Post Office Box 472
Enid, Oklahoma 73702-0472

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Phil Lombardi, Clerk
CLERK

(By) DEPUTY CLERK

DATE  FEB 1 6 2005

___ Drop Box  ✓ Mail  ___ No Cert Svc  ___ No Orig Sign ___ C/J ___ C/MJ
✓ C/Ret'd  ___ No Env  ___ No Cpvs  ___ No Env/Cpvs ___ O/J ___ O/MJ

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of the Summons and complaint was made by me [1]

DATE: 2/17/05

NAME OF SERVER (PRINT): Stephanie L. Bradley

TITLE: Legal Assistant

Check one box below to indicate appropriate method of service

☐ Served personally upon the third-party defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): Certified mail, restricted delivery

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|--------|----------|-------|
|        |          |       |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 2/18/05

Signature of Server: Stephanie Bradley

Address of Server: 114 East Broadway Ave., Suite 1100, Enid, OK 73702

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

The undersigned hereby certifies that the foregoing _summons_ in the above-entitled cause of action was mailed by certified mail, return receipt requested, on the __17th__ day of __February__, 2005, to the following-named individual in __Blaine__ County, Oklahoma:

__Board of Education, Canton ISD__
__300 East Main Street__
__Canton, Oklahoma 73724__

And that said certified mailing was accepted on the __18th__ day of __February__, 2005, by:

__Lona Lucas__

_Stephanie Bradley_

Subscribed and sworn to before me this __8th__ day of __March__, 2005.

_Karen D. Warner_
Notary Public, No. 02018283

[SEAL]

My Commission Expires:

__11-16-2006__

RLW:kw
C:\Forms\RetServMail

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com

OFFICIAL USE

CANTON, OK 73724

| | | |
|---|---|---|
| Postage | $ | .80 |
| Certified Fee | | 2.30 |
| Return Receipt Fee (Endorsement Required) | | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | | 3.50 |
| Total Postage & Fees | $ | 8.38 |

UNIT ID: 0415
ENID OK 73701
Postmark Here
FEB 17 2005

Sent To: Board of Education, Canton ISD
Street, Apt. No.; or PO Box No.: 300 East Main Street
City, State, ZIP+4: Canton, Oklahoma 73724

PS Form 3800, June 2002    See Reverse for Instructions

Article Number: 7003 3110 0000 9228 0345

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Board of Education
   Canton Public Schools
   300 East Main Street
   Canton, Oklahoma 73724

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  *Lona Lucero*   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Lona Lucero
C. Date of Delivery: 2-18-05

D. Is delivery address different from Item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail   ☐ Express Mail
   ☐ Registered       ☑ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☑ Yes

2. Article Number (Transfer from service label): 7003 3110 0000 9228 0345

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540